# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5144**  September Term, 2024

1:25-cv-01015-RCL

**Filed On:** April 27, 2025

Patsy Widakuswara, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

    Appellants

**No. 25-5145**  1:25-cv-00887-RCL

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## **O R D E R**

Upon consideration of the emergency motion for an administrative stay and

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5144**                                            **September Term, 2024**

partial stay pending appeal, it is

       **ORDERED** that appellees file responses to the emergency motion by Tuesday, April 29, 2025.  Any reply is due by Thursday, May 1, 2025.

**<u>Per Curiam</u>**

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

             BY:     /s/
                         Erica Thorner
                         Deputy Clerk