No. 25-5144　　　　　　　　　　　　　　　　September Term, 2024

1:25-cv-01015-RCL

Filed On: May 22, 2025

Patsy Widakuswara, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the U.S. Agency
for Global Media, et al.,

    Appellants

No. 25-5145

1:25-cv-00887-RCL

Michael Abramowitz, in his official capacity as
Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

    Appellants

    **BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of the petitions for rehearing en banc, which move for en banc reconsideration and vacatur of the court's May 3, 2025 order; the responses thereto; and the letters regarding case status, it is

**ORDERED** that the motions be denied insofar as the motions request en banc reconsideration and vacatur of the court's May 3, 2025 order staying the following:

In No. 25-5144, provision (1) of the district court's preliminary injunction filed April 22, 2025;

In No. 25-5145, the district court's preliminary injunction filed April 22, 2025, to the extent the relief granted falls within provision (1) of the April 22, 2025 preliminary injunction in No. 25-5144.

A majority of the judges eligible to participate did not vote in favor of the motions in this regard. Statements concerning this order will follow at a later time.

**Per Curiam**

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

BY:   /s/
        Daniel J. Reidy
        Deputy Clerk