ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 22, 2025

Nos. 25-5144, 25-5145, 25-5150, 25-5151

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

PATSY WIDAKUSWARA, ET AL.,
Plaintiffs-Appellees, v.
KARI LAKE, IN HER OFFICIAL CAPACITY AS SENIOR ADVISOR TO THE ACTING CEO OF THE U.S. AGENCY FOR GLOBAL MEDIA, ET AL.,
Defendants-Appellants,

MICHAEL ABRAMOWITZ, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF VOICE OF AMERICA, ET AL.,
Plaintiffs-Appellees, v.
KARI LAKE, IN HER OFFICIAL CAPACITY AS SENIOR ADVISOR TO THE ACTING CEO OF THE U.S. AGENCY FOR GLOBAL MEDIA, ET AL.,
Defendants-Appellants,

MIDDLE EAST BROADCASTING NETWORKS, INC.,
Plaintiff-Appellee, v.
UNITED STATES OF AMERICA, ET AL.,
Defendants-Appellants,

RADIO FREE ASIA,
Plaintiff-Appellee, v.
UNITED STATES OF AMERICA, ET AL.,
Defendants-Appellants,

On Appeals from the United States District Court for the District of Columbia Nos. 25-cv-1015, 25-cv-887, 25-cv-966, 25-cv-907 (Hon. Royce C. Lamberth)

## NOTICE OF INTENT OF FORMER U.S. FOREIGN POLICY AND NATIONAL SECURITY OFFICIALS AND OTHER EXPERTS ON PUBLIC DIPLOMACY TO PARTICIPATE AS AMICI CURIAE IN SUPPORT OF APPELLEES

JONATHAN G. CEDARBAUM
AMANDA C. LEITER
BRADLEY D. WINE
*Jonathan G. Cedarbaum*
*D.C. Bar No. 483768*
*5208 Saratoga Avenue*
*Chevy Chase, MD  20815*
*(301) 351-4395*

1

Pursuant to Rule 29(a)(2) of the Federal Rules of Appellate Procedure and Rule 29(b) of the D.C. Circuit, following amici—Elliott Abrams, Ilan Berman, Stephen Biegun, Admiral Dennis Blair, Johnnie Carson, Lisa Curtis, Richard J. Danzig, Eric S. Edelman, Nancy Ely-Raphael, Carl Gershman, Frank Kendall, Deborah A. McCarthy, Ambassador Derek Mitchell, John Negroponte, Thomas R. Pickering, William Howard Taft IV, and General Joe Votel--hereby notify this Court of their intent to participate as *amici curiae* in this case and file a brief in support of Plaintiffs-Appellees. Counsel for all parties have consented to the filing of this *amicus curiae* brief. The interests of the amici in the affirmance of the District Court's preliminary injunction and the continued vitality of the Voice of America are stated in the brief submitted on July 22, 2025 and submitted in corrected form on July 30, 2025.

Dated: July 30, 2025

Respectfully submitted,

/s/ Jonathan G. Cedarbaum

Jonathan G. Cedarbaum
D.C. Bar No. 483768
5208 Saratoga Avenue
Chevy Chase, MD 20815
(301) 351-4395
jgcedarbaum@gmail.com

Amanda C. Leiter
D.C. Bar No. 491323
3020 Rodman St NW
Washington, DC 20008
(202) 286-3328
aleiter@gmail.com

Bradley D. Wine
D.C. Bar No. 451363
6007 Maiden Lane
Bethesda, MD 20817
(301) 529-4440
bradley@bradleywine.com

*Counsel for Amici*