# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5144**                                                                 **September Term, 2025**

1:25-cv-01015-RCL<br>
1:25-cv-00887-RCL<br>
1:25-cv-00966-RCL<br>
1:25-cv-00907-RCL

Filed On: September 10, 2025

Patsy Widakuswara, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

    Appellants

**No. 25-5145**

1:25-cv-00887-RCL

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

# United States Court of Appeals
## For The District Of Columbia Circuit

_____

| | |
|---|---|
| **No. 25-5144** | **September Term, 2025** |

**No. 25-5150**

1:25-cv-00966-RCL

Middle East Broadcasting Networks, Inc.,

    Appellee

    v.

United States of America, et al.,

    Appellants

**No. 25-5151**

1:25-cv-00907-RCL

Radio Free Asia,

    Appellee

    v.

United States of America, et al.,

    Appellants

**O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these related cases scheduled for September 22, 2025, at 9:30 A.M.:

<u>Personnel Issues</u>:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes (to be divided between two attorneys) |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5144**                                                          **September Term, 2025**

<u>Grants Issues:</u>

|  |  |  |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes (to be divided between two attorneys) |

The panel considering these cases will consist of Circuit Judges Henderson, Wilkins, and Katsas.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 12, 2025.

### Per Curiam

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                       BY:   /s/
                                    Michael C. McGrail
                                    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)