# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5145** | **September Term, 2025** |
| | 1:25-cv-00887-RCL |
| | Filed On: September 22, 2025 [2136168] |

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

    **BEFORE:**    Circuit Judges Henderson, Wilkins, and Katsas

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, September 22, 2025 at 9:30 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Abigail Stout (DOJ), counsel for Appellants.

    Georgina Yeomans, counsel for Appellees.

    William B. Schultz, counsel for Appellees.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:    /s/
              Anne A. Rothenberger
              Deputy Clerk