# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

No. 25-5144                  **September Term, 2025**

**1:25-cv-01015-RCL**
**1:25-cv-00887-RCL**

**Filed On: May 8, 2026** [2172506]

Patsy Widakuswara, et al.,

        Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the U.S.
Agency for Global Media, et al.,

        Appellants

------------------------------
Consolidated with 25-5145, 26-5086,
26-5087

      **BEFORE:**    Henderson, Wilkins, and Katsas, Circuit Judges

## O R D E R

      Upon consideration of appellants' unopposed motion for extension of time to file opening brief, it is

      **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in case Nos. 26-5086 and 26-5087:

| | |
|---|---|
| Appellants' Brief | June 10, 2026 |
| Appendix | June 10, 2026 |
| Appellees' Brief | July 10, 2026 |
| Appellants' Reply Brief | July 31, 2026 |

## Per Curiam

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

            BY:    /s/
                   Scott H. Atchue
                   Deputy Clerk